# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

CARRIE HAHN, PETITONER

v.

LAWRENCE COUNTY,

Respondent

: No. 237 WAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.